UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. MEAD,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN INEZ WILLIAMS,<br><br>    Defendant. | No. 2:20-cv-0578 DB PS<br><br><br>ORDER |

    On May 29, 2020, this action was reassigned to the undersigned pursuant to the parties' consent to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c)(1). (ECF No. 14.) On November 30, 2020, the court entered an order dismissing this action without prejudice for lack of subject matter jurisdiction. (ECF No. 20.) Plaintiff filed a notice of appeal on December 3, 2020. (ECF No. 22.)

    On January 21, 2021, defendant filed a motion seeking an order determining that the parties "divorce case . . . . was never removed to federal court[.]" (ECF No. 25 at 3.) Defendant's motion explains that after this action was dismissed plaintiff was sanctioned in state court but is asserting that the state court action was "entered without jurisdiction" because the matter had been removed to this court. (Id.) Plaintiff filed an opposition on January 26, 2021.

////

////

(ECF No. 26.)  Defendant filed a reply on January 28, 2021.  (ECF No. 27.)  Plaintiff filed an impermissible sur-reply on February 4, 2021.[1]  (ECF No. 28.)

      As is apparent from a review of the docket, this action was commenced by plaintiff filing a complaint and paying the required filing fee.  (ECF No. 1.)  A state court action was not removed to this court.  Plaintiff did file a motion seeking leave to remove a state court action to this court.  (ECF No. 3.)  That motion, however, was not granted and the complaint was dismissed due to a lack of subject matter jurisdiction.  (ECF No. 20.)  On February 17, 2021, the Ninth Circuit affirmed that decision, finding that this court "correctly determined that this action was barred by the Rooker-Feldman doctrine."  (ECF No. 29 at 1.)

      Accordingly, IT IS HEREBY ORDERED that:

    1. The February 26, 2021 hearing of defendant's motion is vacated;

    2. Defendant's January 21, 2021 motion (ECF No. 25) is granted; and

    3. The court clarifies that a state court case was not removed to this court in this action.[2]

Dated:  February 19, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/mead0578.no.rem.ord

---

[1] The court finds this matter suitable for determination without a hearing pursuant to Local Rule 230(g).

[2] The court declines defendant's request to issue an order to show cause concerning sanctions.